# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MEGAN KNIPPER BUA

VERSUS

CHRISTOPHER M. BUA

NO.   2024 CW 1153

**DECEMBER 6, 2024**

---

In Re:   Christopher M. Bua, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 176611.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT